1  DIANE KINDERMANN HENDERSON, SBN 144426
   GLEN C. HANSEN, SBN 166923
2  Abbott & Kindermann, LLP
   2100 21st Street
3  Sacramento, California 95818
   Telephone:    (916) 456-9595
4  Facsimile:    (916) 456-9599
   Email: dkindermann@aklandlaw.com
5  Email: ghansen@aklandlaw.com

6  Attorneys for Plaintiffs
   CENTRAL DELTA WATER AGENCY and
7  SOUTH DELTA WATER AGENCY

8
                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA

10
    CENTRAL DELTA WATER AGENCY and            Case No.: 2:09-CV-01003-JAM-GGH
11  SOUTH DELTA WATER AGENCY,
                                               **ORDER GRANTING PLAINTIFFS
12              Plaintiffs,                    CENTRAL DELTA WATER AGENCY
                                               AND SOUTH DELTA WATER
13         vs.                                 AGENCY'S EX PARTE APPLICATION
                                               TO FILE A MEMORANDUM OF LAW
14  UNITED STATES FISH & WILDLIFE              IN SUPPORT OF MOTION FOR
    SERVICE; ROWAN GOULD; KEN                  PRELIMINARY INJUNCTION IN
15  MCDERMOND; LORI RINEK; REN                 EXCESS OF 25 PAGES**
    LOHOEFENER; DAN CASTLEBERRY;
16  NATIONAL MARINE FISHERIES SERVICE;         **AS MODIFIED BY THE COURT**
    JAMES W. BALSIGER; RUSS STRACH; TED        **On page 1, line 23.**
17  MEYERS; UNITED STATES BUREAU OF
    RECLAMATION; J. WILLIAM MCDONALD;
18  MIKE CHOTKOWSKI; DON GLASER;
    FEDERICO BARAJAS; UNITED STATES
19  ARMY CORPS OF ENGINEERS; ROBERT L.
    VAN ANTWERP; PAUL ROBERSHOTTE;
20  CALIFORNIA NATURAL RESOURCES
    AGENCY; MIKE CHRISMAN; KAREN
21  SCARBOROUGH; CALIFORNIA
    DEPARTMENT OF WATER RESOURCES;
22  LESTER A. SNOW; DELORES BROWN;
    BARBARA MCDONNELL; JERRY JOHNS;
23  CALIFORNIA BAY DELTA AUTHORITY;
    JOE GRINDSTAFF; KEITH COOLIDGE;
24  STATE WATER RESOURCES CONTROL
    BOARD; TOM HOWARD; CALIFORNIA
25  DEPARTMENT OF FISH & GAME; DON
    KOCH; JOHN MCCAMMAN;
26  METROPOLITAN WATER DISTRICT OF
    SOUTHERN CALIFORNIA; ROGER
27  PATTERSON; RANDALL NEUDECK; KERN
    COUNTY WATER AGENCY; BRENT
28  WALTHALL; TOM CLARK; SANTA CLARA

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | VALLEY WATER DISTRICT; GREG ZLOTNICK; CINDY KAO; WESTLANDS WATER DISTRICT; TOM BIRMINGHAM; JASON PELTIER; ZONE 7 WATER AGENCY; JILL DUERIG; KURT ARENDS; SAN LUIS & DELTA MENDOTA WATER AUTHORITY; DAN NELSON; ARA AZHDERIAN; CONTRA COSTA WATER DISTRICT; GREG GARTRELL; FRIANT WATER AUTHORITY; RON JACOBSMA; STEVE OTTEMOELLER; NORTH DELTA WATER AGENCY; MELINDA TERRY; MIRANT DELTA LLC; THE NATURE CONSERVANCY; ENVIRONMENTAL DEFENSE, INCORPORATED; DEFENDERS OF WILDLIFE; CALIFORNIA FARM BUREAU FEDERATION; AMERICAN RIVERS; NATURAL HERITAGE INSTITUTE; THE BAY INSTITUTE; BAY DELTA CONSERVATION PLAN STEERING COMMITTEE, and DOES 1 THROUGH 200, inclusive.<br><br>             Defendants. | |

On proof made to the satisfaction of the Court, and good cause appearing,

IT IS ORDERED that Plaintiffs CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY's Ex Parte Application For Order Granting Permission To File Memorandum Of Law In Support Of Motion For Preliminary Injunction In Excess Of 25 Pages is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiffs CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY may file a memorandum of points and authorities in support of their motion for preliminary injunction that exceeds twenty-five (25) pages, but does not exceed THIRTY-FIVE (35) pages.

IT IS SO ORDERED:

Dated: May 12, 2009                    /s/ John A. Mendez_____
                                       The Honorable John A. Mendez
                                       United States District Judge

PROPOSED ORDER RE EX PARTE APPLICATION FOR A PRELIMINARY INJUNCTION BRIEF OVER 25 PAGES    1

PDF created with pdfFactory trial version www.pdffactory.com