1

2

3

4

5

FILED

MAY 1 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
DEPUTY CLERK

6            UNITED STATES DISTRICT COURT

7         EASTERN DISTRICT OF CALIFORNIA

8

9   CENTRAL DELTA WATER AGENCY and      )   2:09-cv-1003 JAM GGH
    SOUTH DELTA WATER AGENCY,           )
10                                       )   ORDER FOR TRANSFER
                                         )   OF RELATED CASE EDCA
11              Plaintiffs,              )   L.R. 83-123
                                         )
12        v.                             )
                                         )
13  UNITED STATES FISH & WILDLIFE        )
    SERVICE; ROWAN GOULD; KEN            )
14  MCDERMOND; LORI RINEK; REN           )
    LOHOEFENOR; DAN CASTLEBERRY;         )
15  NATIONAL MARINE FISHERIES SERVICE;   )
    JAMES W. BALSIGER; RUSS STRACH;      )
16  TED MEYERS; UNITED STATES BUREAU     )
    OF RECLAMATION; J. WILLIAM           )
17  MCDONALD; MIKE CHOTKOWSKI; DON       )
    GLASER; FEDERICO BARAJAS; UNITED     )
18  STATES ARMY CORPS OF ENGINEERS;      )
    ROBERT L. VAN ANTWERP; PAUL          )
19  ROBERTSHOTTE; CALIFORNIA NATURAL     )
    RESOURCES AGENCY; MIKE CHRISMAN;     )
20  KAREN SCARBOROUGH; CALIFORNIA        )
    DEPARTMENT OF WATER RESOURCES;       )
21  LESTER A. SNOW; DELORES BROWN;       )
    BARBARA MCDONNELL; JERRY JOHNS;      )
22  CALIFORNIA BAY DELTA AUTHORITY;      )
    JOE GRINDSTAFF; KEITH COOLIDGE;      )   -
23  STATE WATER RESOURCES CONTROL        )
    BOARD; TOM HOWARD; CALIFORNIA        )
24  DEPARTMENT OF FISH & GAME; DON       )
    KOCH, JOHN MCCAMMAN; METROPOLITAN    )
25  WATER DISTRICT OF SOUTHERN           )
    CALIFORNIA; ROGER PATTERSON;         )
26  RANDALL NEUDECK; KERN COUNTY WATER   )
    AGENCY; BRENT WALTHALL, TOM CLARK,   )
27  SANTA CLARA VALLEY WATER DISTRICT;   )
    GREG ZLOTNICK; CINDY KAO;            )
28  WESTLANDS WATER DISTRICT; TOM        )

                        1

1  BIRMINGHAM; JASON PELTEIR; ZONE 7  )
   WATER AGENCY; JILL DUERIG; KURT    )
2  ARENDS; SAN LUIS & DELTA-MENDOTA   )
   WATER AUTHORITY; DAN NELSON; ARA   )
3  AZHDERIAN; CONTRA COSTA WATER      )
   DISTRICT; GREG GARTRELL; FRIANT    )
4  WATER AUTHORITY; RON JACOBSMA;     )
   STEVE OTTEMOELLER; NORTH DELTA     )
5  WATER AGENCY; MELINDA TERRY;       )
   MIRANT DELTA LLC; THE NATURE       )
6  CONSERVANCY; ENVIRONMENTAL         )
   DEFENSE, INCORPORATED; DEFENDERS   )
7  OF WILDLIFE; CALIFORNIA FARM       )
   BUREAU FEDERATION; AMERICAN        )
8  RIVERS; NATURAL HERITAGE           )
   INSTITUTE; THE BAY INSTITUTE;      )
9  BAY DELTA CONSERVATION PLAN        )
   STEERING COMMITTEE; and DOES 1     )
10 THROUGH 200, inclusive,            )
                                      )
11             Defendants.            )
                                      )
12 _____   )

13

14       A Notice of Related Case was filed May 7, 2009, by Defendant

15 San Luis & Delta-Mendota Water Authority, Westlands Water

16 District, Tom Birmingham, Jason Peltier, Dan Nelson, and Ara

17 Azhderian.  The originally assigned Judge, United States District

18 Judge John A. Mendez, has determined that this case is related

19 within the provisions of Eastern District of California Local

20 Rule 83-123 to at least six other cases now pending in the United

21 States District Court for the Eastern District of California,

22 Fresno Division before United States District Judge Oliver W.

23 Wanger.

24       To conserve the resources of the Court and to avoid

25 potential inconsistent rulings, it has been determined that this

26 case, number 2:09-cv-1003 JAM GGH, is related to the following

27 pending cases: San Luis & Delta Mendota Water Authority, et al.

28 v. Salazar, et al., 1:09-cv-00407 OWW DLB; State Water

                                   2

1  Contractors v. Salazar, et al., 1:09-cv-00422 OWW GSA; Coalition

2  for a Sustainable Delta v. United States Fish & Wildlife Service,

3  et al., 1:09-cv-00480 OWW GSA; and Metropolitan Water District of

4  Southern California v. United States Fish & Wildlife Service, et

5  al., 1:09-cv-00631 OWW DLB.  These cases are collectively

6  referred to as the Fish & Wildlife Service 2008 Biological

7  Opinion Litigation.

8       This case is also related to Natural Resources Defense

9  Council, et al. v. Kempthorne, et al., 1:05-cv-01207 OWW GSA (the

10 Delta Smelt OCAP Litigation) and Pacific Coast Federation of

11 Fishermen's Associations, et al. v. Carlos M. Gutierrez, et al.,

12 number 1:06-cv-0244 OWW GSA ("Salmon OCAP Litigation").

13      All of the related cases are pending in the Fresno Division

14 of this Court before United States District Judge Oliver W.

15 Wanger.  The cases are related because they include, as parties,

16 a large number of the same federal, state and local agencies;

17 related to the coordinated operations of the Central Valley

18 Project and State Water Project, the San Joaquin-Sacramento Delta

19 Eco-System, protected species, regulatory compliance, and take

20 authority under the Endangered Species Act; the inter-agency task

21 groups established to balance the needs of the listed species in

22 the environment with human water supply; and claims under the

23 National Environmental Protection Act, alleged violations of the

24 Endangered Species Act and Administrative Procedure Act. Because

25 the action involves a substantial number the same parties

26 defendant, all raising similar claims to the actions already

27 pending; an assignment of the case to another judge would entail

28 substantial duplication of labor related to the considerable time

1  necessary to understand historical foundation for, complex issues
2  underlying and addressed in the pending related cases.  It would
3  conserve judicial resources to not squander the considerable time
4  and expertise derived from over 40 cases raising issues
5  addressing operations of the Central Valley Project, the State
6  Water Project, implementation of the Central Valley Project
7  Improvement Act, the Endangered Species Act, the National
8  Environmental Protection Act, and the Administrative Procedure
9  Act, all concerning existing and past efforts of United States
10 Bureau of Reclamation, the California Department of Water
11 Resources, and other public entity parties to comply with Federal
12 ESA, NEPA, and APA requirements regarding the continued
13 coordinated operations of the CVP and SWP to achieve regulatory
14 compliance and water supply reliability, as well as protection of
15 the environment.

16       As Chief Judge it is determined that this case should be
17 reassigned to United States District Judge Oliver W. Wanger and
18 transferred from the Sacramento Division to the Fresno Division
19 of this Court.  The Clerk shall renumber this case.

20
21 DATED:  May ___, 2009.

22
23                                    _____
                                      Anthony W. Ishii
24                                    Chief Judge
                                      United States District Court
25
26
27
28

                                    4