FILED

MAY 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY, | 2:09-cv-1003 JAM GGH |
| Plaintiffs, | ORDER FOR TRANSFER OF RELATED CASE EDCA L.R. 83-123 |
| v. | |
| UNITED STATES FISH & WILDLIFE SERVICE; ROWAN GOULD; KEN MCDERMOND; LORI RINEK; REN LOHOEFENOR; DAN CASTLEBERRY; NATIONAL MARINE FISHERIES SERVICE; JAMES W. BALSIGER; RUSS STRACH; TED MEYERS; UNITED STATES BUREAU OF RECLAMATION; J. WILLIAM MCDONALD; MIKE CHOTKOWSKI; DON GLASER; FEDERICO BARAJAS; UNITED STATES ARMY CORPS OF ENGINEERS; ROBERT L. VAN ANTWERP; PAUL ROBERTSHOTTE; CALIFORNIA NATURAL RESOURCES AGENCY; MIKE CHRISMAN; KAREN SCARBOROUGH; CALIFORNIA DEPARTMENT OF WATER RESOURCES; LESTER A. SNOW; DELORES BROWN; BARBARA MCDONNELL; JERRY JOHNS; CALIFORNIA BAY DELTA AUTHORITY; JOE GRINDSTAFF; KEITH COOLIDGE; STATE WATER RESOURCES CONTROL BOARD; TOM HOWARD; CALIFORNIA DEPARTMENT OF FISH & GAME; DON KOCH, JOHN MCCAMMAN; METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA; ROGER PATTERSON; RANDALL NEUDECK; KERN COUNTY WATER AGENCY; BRENT WALLTHALL, TOM CLARK, SANTA CLARA VALLEY WATER DISTRICT; GREG ZLOTNICK; CINDY KAO; WESTLANDS WATER DISTRICT; TOM | |

| | |
|---|---|
| 1 | BIRMINGHAM; JASON PELTEIR; ZONE 7 )<br>WATER AGENCY; JILL DUERIG; KURT )
| 2 | ARENDS; SAN LUIS & DELTA-MENDOTA )<br>WATER AUTHORITY; DAN NELSON; ARA )
| 3 | AZHDERIAN; CONTRA COSTA WATER )<br>DISTRICT; GREG GARTRELL; FRIANT )
| 4 | WATER AUTHORITY; RON JACOBSMA; )<br>STEVE OTTEMOELLER; NORTH DELTA )
| 5 | WATER AGENCY; MELINDA TERRY; )<br>MIRANT DELTA LLC; THE NATURE )
| 6 | CONSERVANCY; ENVIRONMENTAL )<br>DEFENSE, INCORPORATED; DEFENDERS )
| 7 | OF WILDLIFE; CALIFORNIA FARM )<br>BUREAU FEDERATION; AMERICAN )
| 8 | RIVERS; NATURAL HERITAGE )<br>INSTITUTE; THE BAY INSTITUTE; )
| 9 | BAY DELTA CONSERVATION PLAN )<br>STEERING COMMITTEE; and DOES 1 )
| 10 | THROUGH 200, inclusive, )
| 11 | Defendants. )

A Notice of Related Case was filed May 7, 2009, by Defendant San Luis & Delta-Mendota Water Authority, Westlands Water District, Tom Birmingham, Jason Peltier, Dan Nelson, and Ara Azhderian. The originally assigned Judge, United States District Judge John A. Mendez, has determined that this case is related within the provisions of Eastern District of California Local Rule 83-123 to at least six other cases now pending in the United States District Court for the Eastern District of California, Fresno Division before United States District Judge Oliver W. Wanger.

To conserve the resources of the Court and to avoid potential inconsistent rulings, it has been determined that this case, number 2:09-cv-1003 JAM GGH, is related to the following pending cases: <u>San Luis & Delta Mendota Water Authority, et al. v. Salazar, et al.</u>, 1:09-cv-00407 OWW DLB; <u>State Water</u>

2

Contractors v. Salazar, et al., 1:09-cv-00422 OWW GSA; Coalition for a Sustainable Delta v. United States Fish & Wildlife Service, et al., 1:09-cv-00480 OWW GSA; and Metropolitan Water District of Southern California v. United States Fish & Wildlife Service, et al., 1:09-cv-00631 OWW DLB. These cases are collectively referred to as the Fish & Wildlife Service 2008 Biological Opinion Litigation.

This case is also related to Natural Resources Defense Council, et al. v. Kempthorne, et al., 1:05-cv-01207 OWW GSA (the Delta Smelt OCAP Litigation) and Pacific Coast Federation of Fishermen's Associations, et al. v. Carlos M. Gutierrez, et al., number 1:06-cv-0244 OWW GSA ("Salmon OCAP Litigation").

All of the related cases are pending in the Fresno Division of this Court before United States District Judge Oliver W. Wanger. The cases are related because they include, as parties, a large number of the same federal, state and local agencies; related to the coordinated operations of the Central Valley Project and State Water Project, the San Joaquin-Sacramento Delta Eco-System, protected species, regulatory compliance, and take authority under the Endangered Species Act; the inter-agency task groups established to balance the needs of the listed species in the environment with human water supply; and claims under the National Environmental Protection Act, alleged violations of the Endangered Species Act and Administrative Procedure Act. Because the action involves a substantial number the same parties defendant, all raising similar claims to the actions already pending; an assignment of the case to another judge would entail substantial duplication of labor related to the considerable time

necessary to understand historical foundation for, complex issues underlying and addressed in the pending related cases. It would conserve judicial resources to not squander the considerable time and expertise derived from over 40 cases raising issues addressing operations of the Central Valley Project, the State Water Project, implementation of the Central Valley Project Improvement Act, the Endangered Species Act, the National Environmental Protection Act, and the Administrative Procedure Act, all concerning existing and past efforts of United States Bureau of Reclamation, the California Department of Water Resources, and other public entity parties to comply with Federal ESA, NEPA, and APA requirements regarding the continued coordinated operations of the CVP and SWP to achieve regulatory compliance and water supply reliability, as well as protection of the environment.

As Chief Judge it is determined that this case should be reassigned to United States District Judge Oliver W. Wanger and transferred from the Sacramento Division to the Fresno Division of this Court. The Clerk shall renumber this case.

DATED: May __, 2009.

Anthony W. Ishii
Chief Judge
United States District Court

4